

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00018-CR

CHRISTOPHER JEFF LANGSTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 20F0184-102

Before Morriss, C.J., Stevens and van Cleef, JJ.

O R D E R

The appellant's brief in this matter was originally due June 9, 2022. This Court has extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of August 1, 2022. We informed counsel when we granted the last extension request that further extension requests would not be granted absent extraordinary circumstances. Counsel has nonetheless filed a third motion seeking an additional four-day extension of the briefing deadline.

We have reviewed the case file and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional four-day extension of the filing deadline. Consequently, counsel's third motion to extend the time to file the appellate brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter on or before August 5, 2022. This gives counsel the full four days he sought in his motion to complete the brief, which we are certain will be adequate. The failure to file a brief on or before August 5 will result in abatement of this appeal to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

IT IS SO ORDERED.

BY THE COURT

Date: August 2, 2022